```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8-29-16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DARNELL GREATHOUSE,                                            :

                                        Plaintiff,            :          11 Civ. 7845 (PAE) (GWG)

                    -v-                                        :          ORDER

JHS SECURITY INC. and MELVIN WILCOX,                           :

                                        Defendants.           :

------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

        Pursuant to the Court's August 29, 2016 Opinion & Order, Dkt. 46, the Clerk of Court is

directed to enter judgment in favor of plaintiff Darnell Greathouse against defendants JHS

Security Inc. and Melvin Wilcox in the amount of $62,900, which reflects Mr. Greathouse's

recovery on his claim under the anti-retaliation provision of the Fair Labor Standards Act, 29

U.S.C. § 215(a)(3), and to close this case.

        SO ORDERED.

                                                _____
                                                Paul A. Engelmayer
                                                United States District Judge

Dated: August 29, 2016
       New York, New York